**Eversheds Sutherland (US) LLP**
1114 Avenue of the Americas, 40th Floor
New York, NY 10036-7703

D: +1 212.389.5076
F: +1 212.389.5099

ronzdrojeski@
eversheds-sutherland.com

EVERSHEDS
SUTHERLAND

January 31, 2024

<u>VIA ECF</u>

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: <u>In re: London Silver Fixing, Ltd.</u>, No. 23-929 (2d Cir.)

Dear Ms. Wolfe:

    We represent Defendant-Appellee Standard Chartered Bank in the above-referenced appeal. Pursuant to Federal Rule of Appellate Procedure 28(i), we write to inform the Court that Standard Chartered Bank joins in and adopts the arguments made in the Joint Response Brief for the Non-Fixing Bank Defendants-Appellees. Dkt. 134.

                                Respectfully,

                                <u>/s/ Ronald W. Zdrojeski</u>

                                Ronald W. Zdrojeski

cc: All counsel (via ECF)

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.