

January 31, 2024

VIA ECF

Joshua A. Goldberg
Partner
(212) 336-2441
(212) 336-1209 Direct Fax
jgoldberg@pbwt.com

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *In re: London Silver Fixing, Ltd.*, No. 23-929 (2d Cir.)

Dear Ms. Wolfe:

      This firm represents Defendant-Appellee BNP Paribas Fortis S.A./N.V. ("Fortis") in the above-referenced appeal. Pursuant to Federal Rule of Appellate Procedure 28(i), I write to inform the Court that Fortis joins in and adopts the Joint Response Brief for the Non-Fixing Bank Defendants-Appellees filed today, January 31, 2024 (Dkt. 134).

      Respectfully submitted,

      */s/ Joshua A. Goldberg*

      Joshua A. Goldberg

cc:    All Counsel of Record (via ECF)

Patterson Belknap Webb & Tyler LLP     1133 Avenue of the Americas, New York, NY 10036    T 212.336.2000    F 212.336.2222